AUSA: Joseph H. Rosenberg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 24 MAG 1419

UNITED STATES OF AMERICA

v.

DANIEL BATISTA,

Defendant.

**SEALED COMPLAINT**

Violations of 18 U.S.C. §§ 2251(a), (e); 2252A(a)(2)(B), (a)(5)(B), (b)(1), (b)(2); 2260A

COUNTY OF OFFENSE: BRONX

SOUTHERN DISTRICT OF NEW YORK:

ERIC WANG, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

## COUNT ONE
### (Attempted Sexual Exploitation of a Child)

1.     In or about February 2024, in the Southern District of New York and elsewhere, DANIEL BATISTA, the defendant, knowingly employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct, and attempted to do so, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was actually transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, to wit, BATISTA attempted to induce a minor in the Dominican Republic to engage in sexually explicit conduct, video the conduct, and transmit the video over the Internet to BATISTA in the Bronx, New York.

(Title 18, United States Code, Sections 2251(a) and (e).)

## COUNT TWO
### (Receipt and Distribution of Child Pornography)

2.     In or about February 2024, in the Southern District of New York and elsewhere, DANIEL BATISTA, the defendant, knowingly received and distributed material that contained child pornography using a means and facility of interstate and foreign commerce and that had been mailed and had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, BATISTA distributed a sexually explicit image of a minor on a cellphone in the Bronx, New York, via an end-to-end encrypted chatting application.

(Title 18, United States Code, Sections 2252A(a)(2)(B) and (b)(1).)

**COUNT THREE**
**(Possession of Child Pornography)**

3.      From at least in or about February 2024 through at least in or about March 2024, in the Southern District of New York and elsewhere, DANIEL BATISTA, the defendant, knowingly possessed and accessed with intent to view a book, magazine, periodical, film, videotape, computer disk, and other material that contained an image of child pornography that had been mailed, shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, BATISTA possessed sexually explicit images of minors on his cellphone in the Bronx, New York.

(Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).)

**COUNT FOUR**
**(Penalties for Registered Sex Offenders)**

4.      In or about February 2024, in the Southern District of New York and elsewhere, DANIEL BATISTA, the defendant, being required by Federal and other law to register as a sex offender, committed a felony offense involving a minor under Title 18, United States Code, Section 2251, to wit, the violation of Title 18, United States Code, Sections 2251(a) and (e) charged in Count One of this Complaint.

(Title 18, United States Code, Section 2260A.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

5.      I have been a Special Agent with the FBI for more than five years.  I am currently assigned to the Violent Crimes Against Children and Human Trafficking Task Force, and I have been assigned to that Task Force for approximately three months.  On that Task Force, I investigate violations of criminal law relating to the sexual exploitation of children, among other offenses.

6.      I have been personally involved in the investigation of this matter, and I am familiar with the information contained in this Complaint based on my own personal participation in the investigation, my review of documents and forensic reports, my training and experience, and discussions I have had with other law enforcement personnel both about this matter and, more generally, concerning the creation, distribution, and proliferation of child pornography.  Because this Complaint is being submitted for the limited purpose of establishing probable cause to arrest the defendant, I have not included the details of every aspect of the investigation.  Where actions, conversations, and statements of others are stated herein, they are stated in substance and in part, except where otherwise indicated.

**Discovery of Child Pornography on BATISTA's Cellphone**

7.      Based on my review of judicial and law enforcement records, my conversations with other law enforcement and probation officers, as well as my involvement in this investigation,

2

I have learned, among other things, the following, about child pornography that was found on DANIEL BATISTA's cellphone:

a. On or about May 5, 2023, DANIEL BATISTA, the defendant, was convicted following a guilty plea in Bronx County Criminal Court of Forcible Touching – Touching the Sexual or Intimate Parts of Another, in violation of N.Y. Penal Law § 130.52(1) (the "2023 Conviction").

b. On or about October 6, 2023, BATISTA was sentenced to six years' probation for the 2023 Conviction.

c. BATISTA's term of probation is administered by the New York City Department of Probation ("NYC Probation").

d. One of the conditions of BATISTA's probation is that his cellphone is subject to warrantless search by members of NYC Probation.

e. On or about February 26, 2024, BATISTA reported to NYC Probation for an office visit. During that visit, NYC Probation searched the cellphone that BATISTA brought with him (the "BATISTA Cellphone"). Upon searching the BATISTA Cellphone, NYC Probation discovered images and videos containing what appeared to be child pornography. Accordingly, NYC Probation took the BATISTA Cellphone into their care, custody, and control.

8. On or about March 12, 2024, I obtained a judicially authorized search warrant for the BATISTA Cellphone.

9. As set forth below, based on my review of the BATISTA Cellphone, my conversations with other law enforcement officers, and my examination of records from a particular financial services company, I have learned, among other things, that (1) DANIEL BATISTA, the defendant, paid a particular adult female living in the Dominican Republic ("Individual-1") to take—and send to BATISTA—pornographic images and videos of her two prepubescent female daughters ("Victim-1" and "Victim-2") (*infra* ¶¶ 10-18); (2) BATISTA attempted to induce either Victim-1 or Victim-2 to produce and send to BATISTA child pornography (*infra* ¶ 14); and (3) BATISTA shared at least two images containing child pornography depicting Victim-1 to another adult female (*infra* ¶¶ 19-20), and attempted to persuade her to produce pornographic images of her own children and share them with BATISTA.

### BATISTA's Efforts to Obtain Child Pornography Depicting Victim-1 and Victim-2

10. Based on my review of the BATISTA Cellphone, I have learned that DANIEL BATISTA, the defendant, used WhatsApp, a messaging application that provides users with end-to-end encryption, to communicate with several individuals. In one particular conversation ("WhatsApp Chat-1"), between on or about January 15, 2024, and on or about February 28, 2024,

BATISTA exchanged over 500 text messages, voice messages, photographs, and videos with a particular individual using a number ending in -3432 (the "-3432 User").[1]

11.     Based on my training and experience, my review of WhatsApp Chat-1, and my examination of the rest of the BATISTA Cellphone, and as further explained below (*infra* ¶¶ 12-18), I submit that there is probable cause to believe that the -3432 User was an adult female living in the Dominican Republic (referred to above and herein as Individual-1), who had two prepubescent daughters (referred to above and herein as Victim-1 and Victim-2).

12.     In WhatsApp Chat-1, the -3432 User sent DANIEL BATISTA, the defendant, numerous photographs and videos of Individual-1, Victim-1, and Victim-2.  Those images and videos, including the following, tend to establish that Individual-1 was the -3432 User and also was the mother of Victim-1 and Victim-2:

        a.     On or about February 11, 2024, at approximately 12:52 p.m., the -3432 User sent BATISTA what appeared to be a selfie video taken by Individual-1 in which Individual-1 was holding an infant.

        b.     Four days later, on or about February 15, 2024, at approximately 2:18 p.m., the -3432 User sent BATISTA what appeared to be a selfie photograph taken by Victim-1 of herself and Victim-2.  Victim-1 is lighter-skinned and heavier-set than Victim-2.  Based on my training and experience, I respectfully submit that both Victim-1 and Victim-2 appear to be prepubescent minors, and Victim-1 appears to be several years younger than Victim-2.

        c.     On or about February 15, 2024, at approximately 6:27 p.m., the -3432 User sent BATISTA a video of Victim-1.

        d.     On or about February 15, 2024, at approximately 6:28 p.m., the -3432 User sent BATISTA what appeared to be a selfie video taken by Victim-2 in which Victim-2 zoomed in on her smiling face.

        e.     On or about February 17, 2024, at approximately 3:50 p.m., the -3432 User sent BATISTA a photograph of two girls in a swimming pool, one of whom appeared to be Victim-1.

        f.     On or about February 27, 2024, at approximately 5:12 p.m., the -3432 User sent BATISTA a selfie video taken by Individual-1 depicting both Individual-1 and a girl who appeared to be approximately 13 years old.

13.     Based on my review of the BATISTA Cellphone, my familiarity with the WhatsApp messaging application, as well as my conversations with other law enforcement officers, I have also learned that other parts of the BATISTA Cellphone – including in the "trash" (*i.e.*, items that DANIEL BATISTA, the defendant, deleted) and a WhatsApp chat in which BATISTA forwarded items to himself ("WhatsApp Chat-2") – contain further evidence showing

---

[1]     The text messages and voice messages referenced in this Complaint were sent in Spanish. I have relied on conversations with other law enforcement officers who are fluent in Spanish to translate them into English.

that the -3432 User was Individual-1 and that Individual-1 was the mother of Victim-1 and Victim-2.  For example:

a.        The BATISTA Cellphone contains certain photographs and videos as "trashed" files.  Among those files is a selfie video filmed by Individual-1 on or about February 21, 2024, at approximately 1:14 p.m.  In that selfie video, Individual-1 appears in the back seat of a car, and sitting beside her are Victim-1 and Victim-2.

b.        In WhatsApp Chat-2, DANIEL BATISTA, the defendant, forwarded numerous messages, photographs, and videos to himself.  Among those messages, photographs, and videos were the following:

i.        On or about February 3, 2024, at approximately 12:47 p.m., BATISTA forwarded himself three photographs and videos of Victim-2.

1.        In the first photograph, Victim-2 was standing inside a room that had a distinctive blue floor (the "Blue Floor") and a distinctive red dresser (the "Red Dresser").  Victim-2 was wearing a bikini and the lower half of her face was visible.

2.        In the second video, Victim-2 was standing inside the same room—*i.e.*, the Blue Floor and the Red Dresser were visible—while she took off the top portion of her bikini.

3.        In the third video, Victim-2 was sitting on a bed inside the same room—the Blue Floor was visible—while she took off the bottom portion of her bikini.  Part of Victim-2's face was visible.  The bed on which Victim-2 was sitting had a distinctive, dark blue duvet cover (the "Blue Duvet").

ii.        On or about February 3, 2024, at approximately 3:07 p.m., BATISTA forwarded himself a photograph depicting Victim-2 lying on her back on top of the Blue Duvet.  In this photograph, Victim-2's vagina is visible.  While Victim-2's face is not visible, I submit that there is probable cause to believe this individual is Victim-2 based on my familiarity with Victim-2's appearance from my review of the contents of the BATISTA Cellphone, and the location where the photograph was taken (*i.e.*, on top of the Blue Duvet).

14.        Based on my review of the BATISTA Cellphone, including WhatsApp Chat-1, I have learned that, in WhatsApp Chat-1, three people – (1) DANIEL BATISTA, the defendant, (2) an individual I understand to be the -3432 User, *i.e.*, Individual-1, and (3) an individual I understand to be either Victim-1 or Victim-2 – exchanged numerous voice messages.  I respectfully submit that those voice messages establish probable cause to believe that BATISTA (1) succeeded in getting Individual-1 to create child pornography of Victim-1 and Victim-2 and to send it to BATISTA, and (2) attempted to induce either Victim-1 or Victim-2 to produce child pornography and to send it to BATISTA.  For example, between on or about February 12, 2024, at approximately 8:27 p.m., and February 13, 2024, at approximately 3:54 p.m., the following voice messages – among others and in substance and in part – were exchanged on WhatsApp Chat-1:

      a.      February 12, 2024, at 8:27 p.m. (BATISTA):  Arriving now, that little pussy of mine is so beautiful, whose little pussy is that?  Mine.

      b.      8:28 p.m. (BATISTA):  You see, that's how I like the photos.  Simple, simple, that's a good one.

      c.      8:28 p.m. (BATISTA):  You see that one with the panties looks good.  I would have opened her legs and pulled the panties to one side. . . .

      d.      8:43 p.m. (-3432 User):  Tomorrow before school.  I'll take the photos when they get dressed for school.

      e.      8:43 p.m. (BATISTA):  . . . If they have panties, don't even try it because imagine – how are you going to put the panties to one side?  What you had to do is not try, you have to do it after you put her to sleep for a while.

*     *     *

      f.      February 13, 2024, at 3:08 p.m. (Victim-1 or -2):  This is [name redacted].

      g.      3:12 p.m. (BATISTA):  Hi, love.  How are you?

      h.      3:13 p.m. (Victim-1 or -2): . . . I took the cellphone.  Mommy is watching television there.

      i.      3:14 p.m. (Victim-1 or -2):  I'm going to ride skates now.

      j.      3:15 p.m. (Victim-1 or -2):  Mommy sent me to tell you to see if you were going to give us the things for school for tomorrow.

      k.      3:17 p.m. (BATISTA):  Are you alone with the phone?

      l.      3:18 p.m. (BATISTA):  Tell me if you are alone.  Talk to me, talk to me.

      m.      3:18 p.m. (Victim-1 or -2):  I'm here.  I'm going to ride skates.

      n.      3:19 p.m. (BATISTA):  Because I wanted to ask you a question, but I don't know if you are alone.

      o.      3:21 p.m. (Victim-1 or -2):  Yes, why?  Ask me.  Mommy is there watching television.

      p.      3:21 p.m. (BATISTA):  Who owns that pussy, that little pussy?  Isn't it for me that you have it?  Tell me, you play with yourself, tell me and I'll jerk off for you.  I would like to suck your little pussy.  Why don't you make a video touching yourself and send it to me?  Tell me why don't you call me from your phone?  That was the deal we made, and you have never done it.

q.    3:24 p.m. (Victim-1 or -2):  Yes, but now I can't, because my grandparents are here.  And they are going to see me.

r.    3:27 p.m. (BATISTA):  Talk to me, talk to me.

\*    \*    \*

s.    February 13, 2024, at 3:38 p.m. (BATISTA):  I'm going to send you that today, on Sunday the travel thing, the bicycle thing and the other thing.  I'm going to send it another week and the 2,000 pesos.  But I want the three of them touching themselves.  Prepare the girls for that.  Start preparing them.

t.    3:54 p.m. (-3432 User):  Of course I'm going to prepare them.  I'm going to prepare them for that.

### Identification of the -3432 User as Individual-1

15.    Based on my review of the BATISTA Cellphone, my conversations with other law enforcement officers, my examination of law enforcement records, and my analysis of records from a financial services company, I have learned that the -3432 User is Individual-1.

16.    During a review of the BATISTA Cellphone, law enforcement learned of numerous photographs documenting wire transfers that DANIEL BATISTA, the defendant, had made, including the following:

a.    In a "trash" section of the BATISTA Cellphone, law enforcement observed the following, among other things:

i.    A photograph—saved to the BATISTA Cellphone on or about January 28, 2024—that captured a receipt of a wire transfer from BATISTA to a particular individual (the "Wire Transferee") in the amount of $150.

ii.    A photograph—saved to the BATISTA Cellphone on or about February 4, 2024—that captured a receipt of a wire transfer, also from BATISTA to the Wire Transferee.

b.    In WhatsApp Chat-1, law enforcement observed the following, among other things:

i.    A photograph—sent from BATISTA to the -3432 User on or about February 13, 2024—capturing a receipt of a wire transfer from BATISTA to the Wire Transferee.

ii.    A photograph—sent from BATISTA to the -3432 User on or about February 18, 2024—capturing a receipt of a wire transfer from BATISTA to the Wire Transferee.

17.    Based on records obtained from a particular financial services company, I know that between on or about January 15, 2024, and on or about February 18, 2024, DANIEL BATISTA, the defendant, sent money to the Wire Transferee on approximately eight occasions.

7

Those eight payments totaled approximately $1,300.  On each of those eight occasions, BATISTA sent money to be picked up in the Dominican Republic.

18.    Based on my review of law enforcement records, my conversations with other law enforcement officers, and my examination of the BATISTA Cellphone, I respectfully submit that there is probable cause to believe that the -3432 User, the Wire Transferee, and Individual-1 are all the same person.

a.    Law enforcement records from the Dominican Republic display a photograph of the Wire Transferee.  A comparison of that photograph with images of Individual-1 in WhatsApp Chat-1 and elsewhere on the BATISTA Cellphone (*supra* ¶¶ 12(a), (f); 13(a)) reveal that the Wire Transferee and Individual-1 appear to be the same person.

b.    Certain of the photographs and videos in WhatsApp Chat-1 and elsewhere on the BATISTA Cellphone depicting Individual-1 appear to be selfies (*supra* ¶¶ 12(a), (f); 13(a)).  That fact strengthens my conclusion that Individual-1 is the -3432 User.

c.    As described above (*supra* ¶ 12), in WhatsApp Chat-1, the -3432 User sent numerous images and videos of Individual-1, Victim-1, and Victim-2.  As also described above (*supra* ¶ 13(a)), the BATISTA Cellphone contains a "trashed" selfie video filmed by Individual-1, in which Individual-1 appeared in the back seat of a car next to Victim-1 and Victim-2.  The frequency and content of those images and videos supports my conclusion that the -3432 User and Individual-1 are the same person.

### BATISTA's Distribution of Child Pornography

19.    Based on my review of the BATISTA Cellphone, I have learned that DANIEL BATISTA, the defendant, had a WhatsApp conversation ("WhatsApp Chat-3") with an individual using a number ending in -2920 (the "-2920 User").  In WhatsApp Chat-3, between on or about December 17, 2023, and on or about February 18, 2024, BATISTA and the -2920 User exchanged approximately over 100 text messages, voice messages, photographs, videos, and calls.

20.    Based on my review of WhatsApp Chat-3, I have learned that BATISTA attempted to persuade the -2920 User to produce pornographic images of the -2920 User's children and then to send those images to BATISTA.  One way BATISTA attempted to persuade the -2920 User to do so was by telling the -2920 User that BATISTA had obtained pornographic images of other children, including Victim-1 – and by sending the -2920 User that child pornography.  For example:

a.    On or about January 31, 2024, between approximately 6:35 p.m. and 6:40 p.m., BATISTA and the -2920 User had the following conversation, in substance and in part:

i.    6:35 p.m. (BATISTA):  How old is your girl?

ii.    6:36 p.m. (-2920 User):  The girl is 7 years old.

iii. 6:39 p.m. (BATISTA):  But is she well developed?  There are 10-year-old girls who are small, there are others who are big, a 7-year-old who looks like a 10-year-old, is she well developed?

iv. 6:40 p.m. (BATISTA):  [Forwards the "January 31 Photograph"]

v. 6:40 p.m. (BATISTA):  That one is nine, but it is well developed.

b. Based on my training and experience, my involvement in this investigation, and my review of the BATISTA Cellphone, I submit that the January 31 Photograph depicts Victim-1.  In the January 31 Photograph, Victim-1 is standing inside the room with the Red Dresser.  Victim-1's face is visible, and she is wearing what appears to be a sports bra and workout pants.

c. On or about February 15, 2024, between approximately 6:40 p.m. and 6:56 p.m., BATISTA and the -2920 User had the following conversation, in substance and in part:

i. 6:40 p.m. (BATISTA):  Can you get girls that you can take photos and whatnot, and I will pay you for that?  There is a girl and she has two daughters and she sends me photos of her daughters.  She waits until they are sleeping and then she takes the photos and whatnot.

ii. 6:45 p.m. (-2920 User):  . . . I wouldn't send you my girl's photos, because I don't like it.  I respect what everyone does, but I don't like that.  But the woman I told you about, I'm going to get her for you.

iii. 6:46 p.m. (BATISTA):  . . . I already have three or four women who send me photos like that . . . .  [F]or every photo that you send me, I'll pay you, you tell me, I send her $20 for each photo and I'd send you more.  Check it out and let me know.  I'm going to send you some of the ones she sends me so that you can see.

iv. 6:48 p.m. (BATISTA):  [Forwards the "Laying-Down Photograph"]

v. 6:48 p.m. (BATISTA):  [Forwards the "Standing Photograph"]

vi. 6:49 p.m. (BATISTA):  [Forwards the "February 15 Photograph"]

vii. 6:49 p.m. (BATISTA):  There are three different ones there, one of her neighbors, the one with the tits, the one who is standing, and her two daughters, she sends them herself . . . .

viii. 6:50 p.m. (-2920 User):  Oh, Holy Father, but you can't see their face, can you? . . .

ix. 6:53 p.m. (BATISTA):  What you have to do is put them to bed in underwear, let them go to bed in underwear and if they go to bed without underwear even better, and you take the photos of them open, I flick my tongue at them like that.  I love that little pussy like that.  I jerked off like this, mentioning her as the mother . . . .

9

d.    Based on my training and experience, my involvement in this investigation, and my review of the BATISTA Cellphone, I respectfully submit that both the "Laying-Down Photograph" and the "Standing Photograph" are pornographic images of Victim-1.

i.    The Laying-Down Photograph depicts a prepubescent female minor lying flat on her back on a bed covered in what appears to be the distinctive Blue Duvet. While the minor's face is not visible in the Laying-Down Photograph, the minor's skin tone and body shape appear consistent with those of Victim-1. Victim-1's vagina, which is exposed to the camera, has no pubic hair.

ii.    The Standing Photograph depicts a prepubescent female minor standing in a room that appears to have the distinctive Blue Floor and Red Dresser. In the Standing Photograph, the minor is standing with her underwear pulled down around her thighs, and her vagina, which has no pubic hair, is exposed to the camera. While the minor's face is not visible in the Standing Photograph, the minor's skin tone and body shape appear consistent with those of Victim-1.

iii.    The February 15 Photograph depicts a female of unknown age standing naked in a bathtub. This female's face is not visible. One of her breasts is visible, as is her vagina. This female appears to have some development in her chest. I respectfully submit that the female depicted in the February 15 Photograph is the individual whom BATISTA referred to in WhatsApp Chat-3 as "one of her neighbors, the one with the tits" (*supra* ¶ 20(c)(vii)).

21.    In sum, based on my training and experience, my involvement in this investigation, my review of the contents of the BATISTA Cellphone, my examination of law enforcement reports and records, and my conversations with other law enforcement officers, I respectfully submit that there is probable cause to believe that (1) Individual-1 is the mother of Victim-1 and Victim-2, (2) Victim-1 and Victim-2 are prepubescent minors, and (3) the Laying-Down Photograph and the Standing Photograph are child pornography depicting Victim-1, which DANIEL BATISTA, the defendant, solicited and that Individual-1 sent to BATISTA.

a.    As described above (*supra* ¶ 14), on or about February 13, 2024, either Victim-1 or Victim-2 communicated by voice message with BATISTA in WhatsApp Chat-1. During those communications, either Victim-1 or Victim-2 made repeated refences to her "mommy." In addition, on or about February 15, 2024, in WhatsApp Chat-3, BATISTA told the -2920 User that (1) he knew "a girl" with "two daughters" who "sends me photos of her daughters." In WhatsApp Chat-3, BATISTA then sent the -2920 User the Laying-Down Photograph and the Standing Photograph and indicated that those photographs depicted that woman's "two daughters." Accordingly, I respectfully submit that there is probable cause to believe that Individual-1 was the mother of both Victim-1 and Victim-2.

b.    Certain voice messages in WhatsApp Chat-1 indicated that BATISTA was attempting to solicit child pornography depicting Vicitm-1 and Victim-2. For instance, as described above (*supra* ¶ 14(p)), on or about February 13, 2024, in a voice message with either Victim-1 or Victim-2, BATISTA told Victim-1 or Victim-2 that he "would like to suck your little pussy," and asked "why don't you make a video touching yourself and send it to me?"

10

c.        Images and videos depicting Victim-1 and Victim-2, both pornographic and not, reveal them to be prepubescent minors.  More specifically, as described above (*supra* ¶ 20(d)(i)-(ii)), Victim-1's vagina had no pubic hair.  Furthermore, although Victim-2 appears slightly older than Victim-1, in certain images and videos depicting Victim-2's clothed body (*e.g.*, *supra* ¶ 13(b)(i)), it is clear to see that Victim-2's chest and body are undeveloped.

d.        The BATISTA Cellphone contained pornographic images of Victim-1. More specifically, in WhatsApp Chat-3, BATISTA sent both the Laying-Down Photograph and the Standing Photograph to the -2920 User.  Furthermore, the Laying-Down Photograph and the Standing Photograph appeared in other parts of the BATISTA Cellphone, such as the Google Photos App cache, and the "trash" section.

### BATISTA's Prior Conviction and Sex Offender Registry

22.        Based on my review of law enforcement and court records, my conversations with other law enforcement and probation officers, and my review of open-source information, I have learned the following, among other things:

a.        On or about May 5, 2023, DANIEL BATISTA, the defendant, was convicted following a guilty plea in Bronx County Criminal Court of Forcible Touching – Touching the Sexual or Intimate Parts of Another, in violation of N.Y. Penal Law § 130.52(1) (the "2023 Conviction").

b.        The victim in BATISTA's 2023 Conviction was a 14-year-old female.

c.        As a result of BATISTA's 2023 Conviction, New York law required BATISTA to register as a sex offender on the New York State Sex Offender Registry.

d.        As of on or about April 8, 2024, BATISTA was in fact listed as a sex offender on the New York State Sex Offender Registry.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of DANIEL BATISTA, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.


/s authorized electronic signature
_____
ERIC WANG
Special Agent
Federal Bureau of Investigation


Sworn to me through the transmission of this
Complaint by reliable electronic means, pursuant to
Federal Rules of Criminal Procedure 4.1 and 41(d)(3),
this 8th day of April 2024.

_____
THE HONORABLE SARAH NETBURN
Chief United States Magistrate Judge
Southern District of New York

12