# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 25, 2025

*By ECF and by e-mail*

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 54.

SO ORDERED.

November 26, 2025

Re:    *United States v. Daniel Batista*, 25 Cr. 307 (JMF)

Dear Judge Furman:

I write to respectfully request leave to file our sentencing submission with Exhibit A redacted. This exhibit is a forensic psychiatric report which contains sensitive information, including the results of various psychological tests that were performed, and the evaluators' diagnoses and prognosis. I have described some of the contents of the report in my sentencing submission, which has been filed in unredacted form.

Here, Mr. Batista's privacy interest in his forensic psychiatric examination is sufficient to overcome the public right of access. *See Lugosch v. Pyramid Co. of Onondaga,* 435 F. 3d 110, 120 (2d Cir. 2006). Courts have specifically recognized a privacy interest in medical records and psychiatric reports. *See, e.g., United States v. Sattar,* 471 F. Supp. 2d 380, 389 (S.D.N.Y. 2006) (holding that the interest in personal privacy for the matters redacted from defendant's psychiatric report provides a sufficiently compelling interest to overcome the First Amendment right of access); *cf. United States v. Amodeo,* 71 F. 3d 1044, 1051 ("In determining the weight to be accorded an assertion of a right of privacy, courts should first consider the degree to which the subject matter is traditionally considered private rather than public").

Respectfully submitted,

/s/

Martin S. Cohen
Ass't Federal Defender
Tel.: (646) 588-8317

Cc.    Joseph Rosenberg, by ECF and by e-mail